BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
YERVANT P. HAGOPIAN (Cal. Bar No. 327535)
Special Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-0732
     Facsimile:    (213) 894-0141
     Email:        yervant.hagopian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03798-DUTY |
|---|---|
| Plaintiff, | NOTICE OF WITHDRAWAL OF REQUEST FOR DETENTION |
| v. | |
| JOSE CERVANTES-LICIA, | |
| Defendant. | |

On June 23, 2025, at 11:54 AM, I received instruction from AUSA Shawn T. Andrews, to file a notice of request for detention in this case. Accordingly, at 1:03 PM, I sent a notice of request for detention to the Court. At 1:43 PM, I received Pretrial Services' report recommending release. At 2:03 PM, I conferred with AUSA Andrews and the government determined that its concerns for nonappearance and danger were adequately placated by the conditions of release recommended by Pretrial Services.

For that reason, the government withdrew its notice of request for detention.

Dated: June 23, 2025               Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   United States Attorney

                                   CHRISTINA T. SHAY
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                       /s/
                                   YERVANT P. HAGOPIAN
                                   Special Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA