CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
REBECCA M. ABEL (Bar No. 298604)
(E-Mail: rebecca_abel@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
JOSE CERVANTES LICEA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CERVANTES LICEA,<br><br>Defendant. | Case No. 2:25-mj-03798-DUTY<br><br>**NOTICE OF REASSIGNMENT** |

Notice is hereby given that Deputy Federal Public Defender Rebecca M. Abel has been reassigned to represent Defendant Jose Cervantes Licea, in place and stead of Deputy Federal Public Defender Charles Snyder.

///
///
///

1  Please make all necessary changes to the Court's Case Management/Electronic
2  Case Filing System to accurately reflect this appearance and to ensure that defense
3  counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHETMOC ORTEGA
Federal Public Defender

DATED: July 9, 2025          By */s/ Rebecca M. Abel*
                                  REBECCA M. ABEL
                                  Deputy Federal Public Defender

2