# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| United States of America<br>v.<br>Jose Cervantes-Licea<br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:25-mj-03798<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 7/8/25

*Jose Cervantes*
Defendant's signature

*[signature]*
Signature of defendant's attorney

---

I have translated this Waiver of Preliminary Hearing to the defendant in the **SPANISH** language.

Date: 7/8/2025

*[signature]*
Signature of Interpreter

MICHAEL KAGAN

CR-110 (06/12)                                    Waiver of a Preliminary Hearing