Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

**FILED**

2025 JUN 23 AM 9: 56

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: MPV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| PLAINTIFF | 2:25-mj-03798 |
| V. | |
| Jose CERVANTES- Licea | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 06/20/2025 _____ at 2:50 ____ ☐ AM ☒ PM

   or

   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 111(a)(1) - Assault on a Federal Officer

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1994 _____

8. Defendant has retained counsel:  ☐ No

   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Collin Murphy _____ (please print)

12. Office Phone Number: 562-355-6899

13. Agency: HSI

14. Signature: COLLIN M MURPHY  Digitally signed by COLLIN M MURPHY
    Date: 2025.06.22 14:21:24 -07'00'

15. Date: 06/23/2025

CR-64 (09/20)            REPORT COMMENCING CRIMINAL ACTION