# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

**FILED**
CLERK, U.S. DISTRICT COURT
JUN 23 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Date: June 23, 2025
Re: Release Order Authorization
Docket Number: 2:25-mj-03799-DUTY
Defendant: Jose Cervantes Licea

To Whom It May Concern:

The above-referenced defendant was ordered released on a bond that includes the special condition of placement into the Location Monitoring Program and **RELEASE TO PRETRIAL SERVICES ONLY**. The Location Monitoring Unit has been advised and is available to release the defendant from custody.

If you determine the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Vicky Castro
U.S. Probation & Pretrial Services Officer
Telephone No. 213-905-8493