1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   JENA A. MACCABE (Cal. Bar No. 316637)
4  Assistant United States Attorney
   Violent and Organized Crime Section
5       1300 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-5046
7       Facsimile: (213) 894-0141
        E-mail:    jena.maccabe@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

                    UNITED STATES DISTRICT COURT

                   FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-mj-03798-DUTY |
|---|---|
| Plaintiff, | <u>NOTICE OF REASSIGNMENT OF CRIMINAL CASE</u> |
| v. | |
| JOSE CERVANTES LICEA, | |
| Defendant. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Jena A. MacCabe, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Shawn T. Andrews | shawn.andrews@usdoj.gov |
| Newly Assigned AUSA | Jena A. MacCabe | jena.maccabe@usdoj.gov |

1   Please make all necessary changes to the Court's Case
2   Management/Electronic Case Filing system to ensure that the newly
3   assigned AUSA, Jena A. MacCabe, is associated with this case as
4   attorney of record for plaintiff and that she receives all e-mails
5   relating to filings in this case.

6   Dated: July 14, 2025           Respectfully submitted,

7                                  BILAL A. ESSAYLI
                                   United States Attorney
8
                                   CHRISTINA T. SHAY
9                                  Assistant United States Attorney
                                   Chief, Criminal Division
10

11                                      /s/
                                   JENA A. MACCABE
12                                 Assistant United States Attorney

13                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA