*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

| FILED |
| --- |
| CLERK, U.S. DISTRICT COURT |
| **7/16/25** |
| CENTRAL DISTRICT OF CALIFORNIA |
| BY: MRV  DEPUTY |

PACTS No: 10105533

**Passport Receipt**

Defendant Name: Jose Cervantes Licea

Name on passport, if different:

Country of Origin: U.S. Passport Card

Ordered by court in the Central District of California

Docket Number: **0973 2:25-03798M-1**

U.S. Probation & Pretrial Services
Roybal

---

Jose Cervantes Licea  *Jose Cervantes*
Surrendered By

07/07/25
Date

Lilia Flores
Received By

07/07/25
Date

Returned To

Date

Surrendered By

Date

Purpose Returned

Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax