FILED
CLERK, U.S. DISTRICT COURT

7/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-CR-00602-MWC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| JOSE CERVANTES LICEA, | **[CLASS A MISDEMEANOR]** |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about June 20, 2025, in Los Angeles County, within the Central District of California, defendant JOSE CERVANTES LICEA intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim C.M., an employee of United States Customs

//

//

1  and Border Protection, while C.M. was engaged in, and on account of,
2  the performance of C.M.'s official duties.

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        */s/ Frances S. Lewis*

                                        FRANCES S. LEWIS
                                        Assistant United States Attorney
                                        Chief, General Crimes Section

                                        JENA A. MACCABE
                                        Assistant United States Attorney
                                        Violent & Organized Crime Section