# **EXHIBIT D**

# MEMORANDUM

Federal Public Defender
Central District of California

**To:** File Cervantes-Licea

**From:** Alejandro Villaseñor

**Date:** 7/14/2025

**Case Name:** Cervantes Licea, Jose

**Re:** Manuel Aguas

**Date of Interview:** July 14, 2025

---

I was able to make contact with Manuel Aguas via phone. He asked that I call him on his cell phone. Our conversation was all in Spanish as Manuel does not know how to speak, read or write English.

Currently Manuel is in the State of Puebla in El Municipio Tepeaca and is working in the fields. On June 20, 2025 Manuel was working at Jacks Car Wash in Bell, California. Once Manuel was arrested he was taken to a prison in Los Angeles. Manuel does not remember where this prison was as he was put in the back of a car and taken to a spot where he was put in a minivan and then driven around until he was at the prison. All that driving confused him. Manuel is not clear on dates after June 20. Manuel said his phone was taken so he had no way to track hours or days. Once he arrived at this prison, somewhere in the Los Angeles area, he was finger printed and photographed. Any where between 5 to 7 days later he was in Texas. At some point, Manuel cannot remember if he was in Texas or in California but believes it was Texas, he was told he could fight this in court with an attorney. Manuel decided that he was not going to fight and signed to exit the US voluntarily. Manuel arrived in Mexico City and then took a bus to Puebla. Manuel believes he arrived in Mexico City on a Monday two weeks ago.

On June 20th Manuel was working at Jacks. Manuel had worked at Jacks for 2 years. Manuel's job was to clean the insides of the cars, after the cars go through the tunnel. Basically the end of the wash process. Manuel was in a car when he heard some commotion. Manuel was not paying attention so he does not remember if he heard anyone screaming anything or yelling anything. Although he heard the commotion he kept working. All of the sudden some guy comes up to him and starts asking him questions. At first he does not understand what was being asked. Finally this man with his face covered wearing what looked like a bullet proof vest asks him for his ID. Manuel does not have one so he tells this man that he has no ID. This man then pulls him out of the car he was working in and starts taking him to another car. Manuel said he did not recall that the bullet proof vest the man was wearing said anything. The man did not show him any badge nor does Manuel remember hearing anyone say they were from ICE or Border Patrol. Manuel said he did not know he was being arrested by ICE until he was in the back seat of the car they put him in. Once he was in there he was told he was being arrested for being undocumented.

2

# MEMORANDUM

Federal Public Defender
Central District of California

**To:**         File Cervantes-Licea

**From:**  Alejandro Villaseñor

**Date:**   8/7/2025

**Case Name:**  Cervantes Licea, Jose

**Re:**        Manuel De Jesus Aguas

**Date of Interview:**   August 6, 2025

---

I spoke to Manuel De Jesus Aguas at 8pm pacific, 9 pm Mexico time.

On June 20, 2025 Manuel was working at Jack's Car Wash in what he calls the front area. He was wearing a green shirt, green hat and black face mask. Manuel was part of the crew that cleans the inside of the cars. Everything happened so fast Manuel does not even remember what he was thinking. At some point Manuel was inside of a car, in the driver's seat, when suddenly, a man is standing at the driver's side door asking him questions in English. Manuel did not hear any sirens. Manuel did not hear the man or any other person yell out or announce themselves. Manuel said he was in the driver's seat and did not even notice any one until he was standing there. Manuel knows there was another employee of Jack's in the car with him. Manuel thinks his name is Daniel. Daniel had only been there for a few days. Daniel was cleaning the rear part of the car, what would be the trunk area. Manuel does not really understand English so he was not sure what he was being asked. The man was wearing dark glasses, hat, face mask, long sleeve shirt and what Manuel describes as a vest that looks like a bullet proof vest. Because of how the man was dressed, Manuel could not see his face. Manuel understood something about having an ID but since he did not understand he did not respond. Manuel thinks someone asked him where he was from but Manuel is not sure. At some point Manuel figured out the man was asking for his ID and since Manuel did not have an ID he said he had no ID. At this point Manuel was pulled out of the car.

When Manuel was led out of the car he was not sure what was going on. He did not know the guy talking to him was ICE until he was placed in the back seat of a truck and was being driven to some other business where he was placed into a white van. While at Jack's no one ever showed him a badge or an Identification that said the men talking to him were police or ICE or "Migra." Manuel is not sure but thinks the man talking to him had writing on his bullet proof vest. Manuel said since everything happened so fast and he was caught off guard he cannot be sure but the vest may have said ICE or Police. As he was led out of the car the man turned him around as if he was going to put on cuffs. Manuel was taken towards the back of the car.

At this point Manuel said he was a bit scared and concerned. He assumed he was getting deported but since no one said anything to him he was not sure. Manuel also did not know what

3

to do because he had seen videos of people getting beat up by officers so he was scared and did not want to do anything that would get him hurt. Especially since he could not see anyone's face. Manuel thinks he did not actually see the skin of any of the men arresting. The men were completely covered up, no skin was showing. Up to this point no one had said anything to him in Spanish and since his English is not good he was not sure what was going on. Sometime during this people started yelling obscenities at the men who were walking around covered up. The people yelling were just random people. Manuel does not know exactly who was yelling, he just heard it. Could have been customers or just people walking by.

When he was by the rear of the car he was working on, Manuel had not been cuffed yet. The man was just kind of holding on to his arms. At some point, Manuel is not sure how long it was because things were happening fast and all of the sudden, he saw Jose come towards him. Some how Manuel got free and since he was scared, not sure of what was going on, he ran. Manuel said he was scared because he did not know if the men were police. He assumed they were "migra" but was not sure. Also, Manuel had seen videos on the internet where citizens were getting arrested and beat up by "migra." All of that made him be scared at the time, and because of this he ran but did not get far. Manuel does not know what Jose was thinking but Manuel does think that Jose defended him. Manuel says it is clear Jose defended him because he was able to get loose, which is why he was able to run away for a little bit. Maybe Jose thought he was in danger. Manuel has never asked Jose this.

Once Manuel was in the back seat of the a grey truck he was told, in Spanish, that he was being deported. It was not until then, as the truck was being driven to some business, that Manuel knew the people who had arrested him were ICE because they told him they were. The men in the truck talked amongst themselves but he does not know what they were saying as the conversation was in English. They took all his property. Shut his phone off and just drove him to where this white van was. Manuel cannot recall where the van was parked. He did not get out much, mostly from home to work and back so it is hard for him to identify locations. He was just trying to earn money and not cause any trouble or get into any trouble. Manuel says he was never asked if he was a citizen or at least he does not think this was asked of him.