# EXHIBIT I

Case 2:25-cr-00602-MWC    Document 45-9    Filed 01/17/26    Page 1 of 12    Page ID
#:230

T R A N S L A T I O N

---

Honorable judge

I Jose Cervantes Licea, first, I want to apologize for what happened. It was never my intention to harm anyone. My intention was always to help my buddy. We had days of March uncertainty, not knowing what was really happening in our community. Every day I would watch the news, social media, TV News about what was going on, people were being kidnapped, and no one knew where they were taken to and that we had to look after our community. There was a lot of talk of bounty hunters who were only after money and kidnapping members of our community. Manuel was a very responsible person at work, he was my co-worker for two years. I explained to him and taught him how to work at the car wash then how to provide a better service to our clients and their cars. We had a good working relationship along with the rest of our coworkers; we were an excellent team. I was always available for Manuel and for whoever needed me as I am an employee with 12 years of experience working at Jack's car wash. I have always enjoyed teaching what I've learned all these years. On June 20th, 2025, the day was very chaotic because I was arrested for trying to help and avoid Manuel being arrested. I deeply and honestly apologize again for the offense I committed. The impact this situation left me and my family, and which still affects us, has been very hard and painful. I spent five days in custody without knowing anything about my family and they didn't know anything about me because I was not allowed one single call to let them know about my whereabouts. The day I was arrested it was a very hot summer day. Several officers threw me to the ground and pressed my head against the hot pavement whit their knees and hands. My face was burning as a result, and I was trying to lift my face because of the burning and the pain, but they kept pushing me down to the ground. When I was arrested, I was handcuffed for about 7 hours without knowing what was going to happen with me or where they were going to take me because they wouldn't tell me anything. I spent many hours from one vehicle to another, and I was subjected to mockery and racism from them until they finally brought me to a federal prison. Those were the longest 5 days of my life when I was in custody wondering about my family, thinking a lot about my 3-year-old daughter, thinking that she would need me because she is very close to me. She doesn't go to sleep until I give her a hug, a kiss and her goodnight blessing.

My daughter was also affected very much by my absence and when she saw me again, she did not want me to get close to her, I gave her some time and right then she hugged me crying very emotionally. That broke my heart. Something else that's affecting me very much is the trauma of having been arrested at work and to continue working at the

T R A N S L A T I O N

---

same place and go every day thinking about all that bad experience I lived. Also, something that impacted my wife and my mom was that the day of my arrest they were trying to find out my whereabouts, trying to find out where I was since I did not have the right to make a call. They told me that they went to federal buildings to ask about me and they never received an answer. Those were the days of a lot of uncertainty and pain for both not knowing anything about me, what had happened, where I was and how I was. They only knew about my arrest. I was three weeks without working because of this and I didn't earn any money and because of this my family was also affected. When I was released from prison, I was one week without work because the car wash was left without employees because of the raids that happened there. We had to wait until our boss hired new employees to keep working. Also, I had a week of meetings with probation, attorneys, probation officers, plus the days I was arrested, all this made a great financial impact on my family. I am a Catholic, I believe in God our Father and the Virgin Mary. From the time I was a boy, my parents taught me and my siblings to go to mass every Sunday and go to confession. I was baptized, confirmed, and took my first communion; I got married in the church as God our Father commands.  When I was a boy and as a teenager, I attended Catholic retreats where we were talked about respect and loving our neighbor, about the faith and the beauty of being close to God. Today I still go to mass every Sunday with my family and thank God our Father for all the good things He gives us.  I am someone who has always liked to work. I remember that since I was a boy my dad would teach me to work, to be helpful, proactive, and know how to use tools. Sadly, my dad disappeared when I was a teenager. He has been missing for 17 years, and we have not known anything about him until this date. We are still faithful, waiting for his return some day. My dad's disappearance was very painful, it affected us too much and since I was one of the older siblings I had to take charge of my mom and my siblings. I started to work in construction while I was completing my secondary school. Once I completed secondary school with the help of my aunt and uncle I came to the United States. I furthered my studies in high school while I worked at a car wash the weekends, so I could help and send money to my mom. I was 16 years old when I started working at the car wash and I had to bring a permit signed by my uncle to give me permission to work because I was a minor. I completed high school and continued to work at the car wash full time. Later, I went to work at a metal company with my neighbor; I was there for eight years, but sadly the company closed. I also worked at McDonald's, as a security guard, packing at DHL, and while I worked at all these places, I did maintenance at (UI) car wash. I've always had a job thank God. Unfortunately, at this time I'm unemployed because the car wash closed because the property contract expired. I didn't know, they told me last minute that it was closing. I haven't worked for three weeks but every day I search for work, I fill out applications and I have faith in God that I will soon find a job. To me, my family is my life, my wife, my daughter, my mom, and my siblings. I'm very thankful to God for having them all by my side. I've always had

T R A N S L A T I O N

---

their support and unconditional love in the good times as in the bad times. I have the best wife in the world. I love her very much; I appreciate her because she is always there for me. She is the best mom for our daughter. She always supports me and encourages me to continue moving forward. I love my mom very much; she is the best mom. She was a father and a mother to us, she got us ahead, she taught us how to be a close family, to love each other and value each other very much. My daughter is a very beautiful girl, she has so much love to give me. Every day she fills me with kisses and hugs, I love her with all my being. My siblings are the best, we support each other, I always give them good advice because for them I'm their paternal figure. I will always give my best to my family.

Honorable judge, thank you very much in advance.

Jose Cervantes

Judge Court

Honorable Juera yo Jose Cervantes Licea, Primero que nada quiero pedir una disculpar por lo sucedido, mi intencion nunca fue dañar o lastimar a nadie, mi intencion siempre fue ayudar a mi compañero. Fueron dias de mucha incertidunbre de no saber que es lo que en realidad estava pasando con nuestra comunidad. Todos los dias veia noticias tanto en redes sociales como en noticieros en TV. de todo lo que estaba pasando de personas que estaban secuestrando y no se sabia a donde se los llevaban, y que nos teniamos que cuidar como comunidad. Se Hablaba mucho de casarrecompesas de personas que solo estaban tras el dinero y secuestrando a nuestra comunidad. Manuel fue una persona muy responsable en el trabajo, el fue mi compañero de trabajo por 2 años. Yo le explique y enseñe como funcionaba el trabajo en el car wash y como darles un mejor servicio a los clientes en sus carros. Tuvimos una muy buena convivencia laboral, junto con los demas compañeros fuimos un exelente equipo de trabajo. Siempre estuve para Manuel y

5

para quien me necesitara. Yo como empleado con 12 años de experiencia trabajando en Oacks Car Wash siempre me gusto enseñar lo que yo e aprendido en todos estos años. El 20 de Junio de 2025 fue un dia muy caotico en el cual yo fuy arrestado por la intencion de querer ayudar y evitar de que Manuel fuera arrestado. Pido nuevamente mi mas sincera disculpas por la ofensa que cometi. El impacto que nos dejo esta situacion a mi y a mi familia y nos sigue dejando, a sido muy fuerte y doloroso. Fueron 5 dias que estuve en custodia sin saber nada de mi familia ni ellos de mi, por que no me dieron ni siquiera una sola llamada para que supieran de mi paradero. El dia que me arrestaron fue un dia muy caliente de Verano, me tiraron al piso entre varios Oficiales y con sus rodillas y manos me empujaban mi cabeza hacia el asfalto caliente, me estaban quemando mi cara demaciado yo trataba de levantar mi cara por lo caliente y el dolor y ellos mas me empujaban contra el suelo. Al ser arrestado estuve esposado al rededor de 7 horas sin saber que iba pasar conmigo o a donde me iban a llevar por que ellos no me decian nada fueron muchas horas de un Vehiculo a otro

6

en Jacks Car Wash siempre me gusto enseñar lo que yo e aprendido en todos estos años. El 20 de Junio de 2025 fue un dia muy caotico en el cual yo fuy arrestado por la intencion de querer ayudar y evitar de que Manuel fuera arrestado de personas que no se identificaron y no sabia exactamente quien eran. Pido nuevamente mi mas sincera disculpas por la ofensa que cometi despues medi cuenta que en realidad la persona que empuje para ayudar a mi amigo Manuel era un Agente Federal. El impacto que nos dejo esta situacion a mi y a mi familia y nos sigue dejando, a sido muy fuerte y doloroso. Fueron 5 dias que estuve en custodia sin saber nada de mi familia ni ellos de mi, por que no me dieron ni siquiera una sola llamada para que supieran de mi paradero. El dia que me arrestaron fue un dia muy caliente de Verano me tiraron al piso entre varios Oficiales y con sus rodillas y manos me empujaban mi cabeza hacia el asfalto caliente, me estaban quemando mi cara demaciado yo trataba de levantar mi cara por lo caliente y el dolor y ellos mas me empujaban contra el suelo. Al ser arrestado estuve esposado al rededor de 7 horas sin saber que iba pasar conmigo o a donde me iban a llevar por que ellos no medecian nada fueron muchas horas de un Vehiculo a otro

7

y sufri burlas y Racismo de parte de ellos hasta que al final me llevaron a prision federal. Fueron los 5 dias mas largos de mi vida los que estuve detenido, pensando en como estara mi familia pensando mucho en mi niña de 3 años, pensando en que le ida hacer mucha falta por que ella esta demaciado apegada conmigo. Ella no duerme sin antes yo darle un abrazo, un beso y su bendicion de buenas noches. A mi niña le afecto tambien mucho mi ausencia que cuando me vio nuevamente no queria que me acercara a ella, le di tiempo y despues de un rato ella me abrazo llorando con mucho sentimiento, eso me partio mi corazón. Otra de las cosas que me esta afectando muchimo es el trauma de haber sido arrestado en mi trabajo y seguir en el mismo lugar y llevar dia con dia en mi mente todo lo malo y feo que me paso. Tambien una de las cosas que impacto a mi esposa y a mi mamá, que desde el dia de mi arresto ellas estuvieron buscando informacion sobre mi paradero buscando una respuesta para saber donde estaba yo, ya que no tuve derecho a una llamada. Ellas me platican que fueron a edificios federales para preguntar por mi y nunca recibieron una respuesta. fueron dias de mucha incertidumbre y dolor para ambas al no saber nada de mi, que habia pasado, donde me encontraba y como estaba. Ellas solo sabian de mi arresto. Fueron 3 semanas las que estuve sin

8

trabajar, por esta situacion las cuales no recibi ningun ingreso economico y por este motivo mi familia tambien fue afectada. Estuve una semana sin trabajar despues de que sali de prision, por el motivo de que el car Wash se quedo sin ningun empleado por el motivo de la redada que sucedio ahi mismo, nos tuvimos que esperar esto que mi jefe contratara nuevos empleados para seguir trabajando. Tambien una semana entre citas con probation, Abogados y Oficiales de probation. Y los dias que estuve detenido. Todos estos dias fue un gran impacto economico para mi familia.

Yo soy una persona de Fe catolica, creo en nuestro padre dios y la Virguen Maria. Desde niño mis padres me enseñaron a mi y a mis hermanos ir a misa todos los domingos y confesarnos. Yo fuy Bautizado, Confirmado, hice mi primera Comunion y me case a la Iglesia como manda nuestro padre dios. Cuando era niño y adolesente acudia a retiros catolicos donde nos hablaban de respecto y de amar a tu projimo de la Fe y de lo hermoso que es estar Cerca de Dios. Asta la fecha de hoy yo acostumbro ir a misa cada domingo con mi familia y agradeser por todas las cosas buenas que nos da nuestro padre dios. Yo soy una persona que Siempre me a gustado trabajar, recuerdo que desde niño mi papá me enseñaba a trabajar a ser acomedido a ser movido y saber usar las herramientas. Lamentablemente mi papá desaparecio cuando yo era un

9

adolesente, el tiene 17 años de desaparesido y hasta la fecha no sabemos nada de el, y aqui seguimos con mucha fe esperando algun dia su regreso. La desaparicion de mi papá fue muy dolorosa nos afecto demaciado y yo como uno de los hermanos mayores, me hice cargo de mi mama y mis hermanos. Empese a trabajar en la costrucion mientras terminaba mi secundaria, al salir y terminar mi secundaria con ayuda de mis tios me vine para USA. Segui con mis estudios en la high School mientras tambien trabajaba en un car wash los fines de semana, para asi poder ayudar y mandarle dinero a mi mamá. Yo tenia 16 años cuando empese a trabajar en el car wash y tuve que llevar un permiso de mi tio firmado que me daba permiso de trabajar por que era menor de edad. Termine mis años en la High School y segui trabajando en el car wash tiempo completo. Despues mi vecino me entro a trabajar con el en una compañia de metal la cual dure 8 años y lamentablemente la compania cerro. Tambien trabaje en Medonals, Fuy Secutity, trabaje en la paqueteria de DHL, y mientras trabajaba en estos lugares tambien hacia el mantenimiento en Jacks Car Wash. Siempre he sido una persona con empleo gracias a dios. Lamentablemente en este momento me encuentro desempleado por que cerro Jack car Wash por el motivo de que se vencio el contrato de la propiedad. Yo no sabia Solo me avisaron a ultima hora que se iba cerrar. llevo 3 semanas sin trabajar, pero todos los dias

10

Salgo a buscar trabajo y llenando aplicaciones y tengo fe en dios que pronto encontrare nuevo empleo. Para mi, mi familia es mi vida, mi esposa, mi hija, mi mama y mis hermanos. Estoy muy agradecido con dios por tenerlos todos a mi lado, siempre e contado con su apoyo y amor incondicional tanto como en los buenos momentos, como en los malos. Tengo la mejor esposa del mundo la amo mucho y la valoro por que siempre esta para mi a todo momento, es la mejor mamá para nuestra hija siempre me apoya y meda animos para seguir adelante. Mi mamá la amo mucho, es la mejor mamá. ella fue para nosotros padre y madre, nos saco adelante, nos enseño a ser una familia unida, queremos y valorarnos mucho. Mi hija es una niña muy hermosa, tiene tanto amor para darme que todos los dias me llena de muchos besos y abrazos, la amo con todo mi ser. Mis hermanos son los mejores, nos apoyamos unos con otros. Siempre les doy buenos consejos por que para ellos soy como una figura paterna. Siempre dare lo mejor por mi familia.

De antemano muchas gracias honorable Jueza.

José Cervantes

11



**United States District Court**
Central District of California
**Office of the Clerk**

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**COURT INTERPRETER SERVICES**
213-894-4370
FAX 213-894-5483

## DECLARATION OF INTERPRETER

I, the undersigned, say:

I am an official court interpreter of English and _____Spanish_____.
I certify that the attached translation from _____Spanish_____ into _____English_____
is true and correct to the best of my abilities and belief.

**Description of Document(s)**

Letter from defendant Jose Cervantes Licea.

Executed under penalty of perjury on _____January 12th, 2026_____ at _____Riverside_____, California.

Patricia Bianchi
Name of Interpreter

*[signature]*
Signature of Interpreter

Case Name:      USA v Jose Cervantes Licea
Case Number:    2:25-CR-00602-MWC
Ordered by:     The Office of the Public Defender
File Name:      LACR25-602(2)MWC.pdf
Words/Pages:    3/1417